UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| This Document Relates to:<br><br>Click, Paul              05-4779 CRB<br>Haynes, Patrick       06-2443 CRB<br>Hicks, Mary L.         06-6081 CRB<br>Hubble, Judith         06-0087 CRB<br>Mackey, Anita         06-7628 CRB<br>Perkins, Merlvin      05-4781 CRB<br>Simbulan, Bobby Jo  06-2101 CRB<br>Sousan, John          06-0087 CRB | **ORDER GRANTING MOTIONS TO WITHDRAW SUBJECT TO PRETRIAL ORDER NO. 35** |

Now before the Court are Plaintiffs' counsel's motions to withdraw. For good cause shown, the motions are hereby GRANTED. All Plaintiffs other than Judith Hubble must comply with Pretrial Order No. 35. In particular, Plaintiffs other than Judith Hubble shall file a Notice of Substitute Counsel or a Notice of Intent to Proceed *Pro Se* with their contact information. Until such time, Plaintiffs' former counsel shall forward all relevant pleadings filed on ECF to these Plaintiffs.

Plaintiffs' counsel's motion to withdraw from representing Ms. Hubble is GRANTED. As the Court previously noted (Docket No. 3191), Ms. Hubble will continue to be represented by

- 1 -

Seth S. Webb, Esq., of Brown & Crouppen, but Beasley Allen Crow Methvin Portis & Miles P.C. no longer represents her in this matter.

**IT IS SO ORDERED.**

Dated: September 28, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -

ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB
EAST\42564956.1