Mary Hicks
154 Apostolic Drive
Bandy, VA 24602
Telephone: 276.988.6247

PLAINTIFF *Pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>*Mary Hicks v. Pfizer Inc., et al.*<br>(Case No. 06-6081 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

Come now Plaintiff Mary Hicks, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 11-9-09, 2009          By: *Mary Hicks*

Mary Hicks
154 Apostolic Drive
Bandy, VA 24602
Telephone: 276.988.6247

PLAINTIFF *Pro se*

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699

1
2  DATED: Dec. 7, 2009        By: _____

3                                  DLA PIPER LLP (US)
                                    1251 Avenue of the Americas
4                                  New York, New York 10020
                                    Telephone: (212) 335-4500
5                                  Facsimile: (212) 335-4501

6                                  *Defendants' Liaison Counsel*

7
8
9
10
11
12
13  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
14  **IT IS SO ORDERED.**
15
16  DATED: DEC 1, 2009           _____
                                    Hon. Charles R. Breyer
17                                  United States District Court
18
19
20
21
22
23
24
25
26
27
28

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699