1    Frank Woodson
     Navan Ward
2    **BEASLEY, ALLEN, CROW, METHVIN,**
     **PORTIS & MILES, P.C.**
3    218 Commerce Street
     P.O. Box 4160
4    Montgomery, Alabama 36103
     Telephone: 334-269-2343
5    Facsimile: 334-954-7555
     Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   IN RE: BEXTRA AND CELEBREX<br>    MARKETING SALES PRACTICES AND<br>13   PRODUCT LIABILITY LITIGATION | **Case No. : 06-6081 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14 <br> 15   Timothy Baxter (FL), et al., | |
| 16                Plaintiffs<br>17   vs. | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 18   Pfizer Inc, et al.,<br>19                Defendants. | |

20

21       Come now the Plaintiffs Timothy Baxter (FL); Flora M. Beard (FL); Vera Beaver (TX);

22   Curtis P. Beitz (CA); John S. Berkley (NC); Donald Billingsley (AR); Emma Bingham (MI);

23   Linda L. Bowers (IL); Lynette Broughton (GA); Katie May Brown (TX); James Callaway (GA);

24   Willie E. Crane (AR); Dewie M. Creason (AR); Larry Eison (MO); Floyd Fleeger, Jr. (PA);

25   James L. Fuller (TX); Earl P. Garcia (NM); Ronald M. Gartman (FL); Porfiria Gonzalez (NV);

26   Virginia L. Gordon (OH); Teresa A. Gossett  (GA); Leesa Graff, Individually and as the Personal

27   Representative of the Estate of Pattie Evans (AL); Richard Allan Grinnen (MN); Harvey

28   Hamblin, Sr. (CA); Joseph Hammerbacher (MD); Geraldine Heesch (WI); Frank Henderson, Jr.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42621572.1

1   (NV); Gerald L. Hoppe (CO); Linda J. Hyde (FL); Bobby Johnson (MS); Martha Nell Johnson

2   (OK); James Kempen (TX); and Vickie E. King (FL), individually in the above-entitled action

3   and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

4   Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

5   the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

6

7   DATED: |2· 8 , 2009      By: *Navan Ward F.*

8
                                          **BEASLEY, ALLEN, CROW, METHVIN,**
9                                         **PORTIS & MILES, P.C.**
                                          218 Commerce Street
10                                        P.O. Box 4160
                                          Montgomery, Alabama 36103
11                                        Telephone: 334-269-2343
                                          Facsimile: 334-954-7555
12
                                          *Attorneys for Plaintiffs*
13

14  DATED: Dec. 9 , 2009     By:

15
                                          **DLA PIPER LLP (US)**
16                                        1251 Avenue of the Americas
                                          New York, New York 10020
17                                        Telephone: 212-335-4500
                                          Facsimile: 212-335-4501
18
                                          *Defendants' Liaison Counsel*
19

20

21
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
22  **IT IS SO ORDERED.**

23

24  Dated **DEC 1 6 2009**

25                                        Hon. Charles R. Breyer
                                          United States District Court
26

27

28

                                     -2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42621572.1