1  Ted G. Meadows
   Navan Ward, Jr.
2  Gerald B. Taylor, Jr.
   Andy D. Birchfield, Jr.
3  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
4  234 Commerce Street
   P.O. Box 4160
5  Montgomery, Alabama 36103
   Telephone: 334-269-2343
6  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Ruth M. Dickman v. G.D. Searle, et al.* (05-4783 CRB)<br><br>*Donald H. Fugate v. G.D. Searle, et al..* (05-4783 CRB)<br><br>*Gary Estes v. Pfizer Inc., et al.* (06-2432 CRB)<br><br>*Joeann Hill v. Pfizer Inc., et al.* (06-2432 CRB)<br><br>*Claude Gibasiewicz v. Pfizer, Inc., et al.* (06-6081 CRB)<br><br>*Jerry W. Whitaker v. Pfizer, Inc., et al.* (07-2530 CRB)<br><br>*Jacque Wolfe v. Pfizer, Inc., et al.* (05-4782 CRB)<br><br>*Joyce Jones v. Pfizer, Inc., et al.* (06-0087 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| 1 | *Patti Stevens-Rucker, Beneficiary of the Estate of Erma J. Fuller, Deceased. v.* |
| 2 | *Pfizer, Inc., et al.* (05-4783 CRB) |
| 3 | |
| 4 | *Robin Slaton, Beneficiary of the Estate of Lena R. Slaton, Deceased v. Pfizer, Inc., et al.* (05-4783 CRB) |
| 5 | |
| 6 | *Ted Kiper, Individually and as the Personal Representative of the Estate of Rebecca D. Kiper v. Pfizer, Inc., et al.* |
| 7 | (06-6080 CRB) |
| 8 | *Jack L. King v. Pfizer, Inc., et al.* (06-6081 CRB) |
| 9 | |
| 10 | *Roy Lee Tessneer, Individually and as the Personal Representative of the Estate of Barbara Tessneer v. Pfizer, Inc., et al.* |
| 11 | (07-1354 CRB) |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 12/15, 2010     By: *Navan Ward* 

Navan Ward, Jr.
**BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 12/16, 2010      By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 2 2 2010

Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**