1  Ted G. Meadows
   Navan Ward, Jr.
2  Gerald B. Taylor, Jr.
   Andy D. Birchfield, Jr.
3  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
4  234 Commerce Street
   P.O. Box 4160
5  Montgomery, Alabama 36103
   Telephone: 334-269-2343
6  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  *Ruth M. Dickman v. G.D. Searle, et al.*<br>(05-4783 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 16 | |
| 17  *Donald H. Fugate v. G.D. Searle, et al..*<br>(05-4783 CRB) | |
| 18  *Gary Estes v. Pfizer Inc., et al.*<br>(06-2432 CRB) | |
| 19 | |
| 20  *Joeann Hill v. Pfizer Inc., et al.*<br>(06-2432 CRB) | |
| 21  *Claude Gibasiewicz v. Pfizer, Inc., et al.*<br>(06-6081 CRB) | |
| 22 | |
| 23  *Jerry W. Whitaker v. Pfizer, Inc., et al.*<br>(07-2530 CRB) | |
| 24  *Jacque Wolfe v. Pfizer, Inc., et al.*<br>(05-4782 CRB) | |
| 25 | |
| 26  *Joyce Jones v. Pfizer, Inc., et al.*<br>(06-0087 CRB) | |
| 27 | |
| 28 | |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | *Patti Stevens-Rucker, Beneficiary of the Estate of Erma J. Fuller, Deceased. v.* |
| 2 | *Pfizer, Inc., et al.* (05-4783 CRB) |
| 3 | |
| 4 | *Robin Slaton, Beneficiary of the Estate of Lena R. Slaton, Deceased v. Pfizer, Inc., et al.* (05-4783 CRB) |
| 5 | |
| 6 | *Ted Kiper, Individually and as the Personal Representative of the Estate of Rebecca D. Kiper v. Pfizer, Inc., et al.* |
| 7 | (06-6080 CRB) |
| 8 | *Jack L. King v. Pfizer, Inc., et al.* (06-6081 CRB) |
| 9 | |
| 10 | *Roy Lee Tessneer, Individually and as the Personal Representative of the Estate of Barbara Tessneer v. Pfizer, Inc., et al.* |
| 11 | (07-1354 CRB) |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 12/15, 2010   By: /s/ Navan Ward, Jr.

Navan Ward, Jr.
**BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 12/16, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 2 2 2010

Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**